**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

HAMID REZA SAYADI-TAKHTEHKAR                                           PETITIONER
Reg. #38137-054

v.                              No. 2:10CV00141 JLH/JTR

T.C. OUTLAW, Warden,
FCI-Forrest City                                                       RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (docket entry #1) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE. IT IS FURTHER ORDERED THAT Petitioner's Motion to Stay Habeas Corpus Proceedings (docket entry #2) is DENIED.

DATED this 31st day of May, 2011.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE