# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

HAMID REZA SAYADI-TAKHTEHKAR                                                          PETITIONER
Reg. #38137-054

v.                                      No. 2:10CV00141 JLH/JTR

T.C. OUTLAW, Warden,
FCI-Forrest City                                                                              RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 31st day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE